UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>WILLIAM POWERS,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, et al.,<br><br>Defendants. | MDL Docket No. 1431 (JMD/JGL)<br><br>CASE NUMBER 02-0136 MJD<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the above-captioned action be and hereby is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party will bear its own costs.

SCANNED
JUL 21 2005
U.S. DISTRICT COURT MPLS

Dated: January 29, 2004

Ramon Rossi Lopez, Esq.
Melinda Davis Nokes, Esq.
Lopez Hodes Restaino Milman & Skikos
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
(949)640-8222

Attorneys for Plaintiff

Dated: ~~January~~ May 4, 2004

Susan A Weber / wsp

Peter W. Sipkins, #101540
Elizabeth S. Wright, #184111
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612)340-2600

Susan A. Weber
Sara Gourley
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312)853-7000

Attorneys for Defendants Bayer Corp. and Bayer AG

Dated: ~~January~~ May 4, 2004

Fred Magaziner / wsp

Tracy J. Van Steenburgh
Halleland Lewis Nilan Sipkins & Johnson, P.A.
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
(612)338-1838

Fred Magaziner
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Attorneys for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline

**IT IS HEREBY ORDERED,** pursuant to the above Stipulation, that the above-captioned matter is dismissed with prejudice.

DATED: JUL 20 2005

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

Case No. 02-134